

| JENNIFER M. GRANHOLM<br>GOVERNOR | STATE OF MICHIGAN<br>DEPARTMENT OF CORRECTIONS<br>G. ROBERT COTTON CORRECTIONAL FACILITY | PATRICIA L. CARUSO<br>DIRECTOR |
|---|---|---|

# VERIFICATION OF INCARCERATION

November 2, 2005

Prisoner Name: Snyder, John Edward       Prisoner Number: 244833
                                         Date of Birth: 1-10-69
                                         Social Security Number: 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

To Whom it May Concern:

The above prisoner is incarcerated at the G. Robert Cotton Correctional Facility in Jackson, Michigan. He is serving time on the following sentence(s):

OWI 3rd  1y11m – 5y
OWI 3rd  1y11m – 5y

Date of Incarceration: 1-28-04
Earliest Parole Eligibility Date: 11-8-05  *released*
Maximum Release Date: 12-8-08

*Laura Huttenlocker*

Laura Huttenlocker
GOS Supervisor

cc: RO File

**REIMBURSEMENT AUTHORIZATION**
State of Michigan
Family Independence Agency

| County Name | Accounting Number | | |
|---|---|---|---|
| VAN BUREN | | | |
| County | District | Unit | Specialist |
| 80 | 00 | 11 | 13 |
| Case Number | | | |
| X0826066A | | | |
| Specialist Name | | Date | |
| SAHNNA HUTCHINS | | 11/17/05 | |

JOHN F SNYDER

77877 CR 378
COVERT                MI   49043

| Grantee Name | Social Security Number (Information will be kept confidential) |
|---|---|
| JOHN F SNYDER | 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 |
| Address | Telephone Number |
| 77877 CR 378    COVERT    MI 49043 | (   ) |

I authorize the Secretary of Health and Human Services to make my retroactive Supplemental Security Income (SSI) payment to the State of Michigan Family Independence Agency (FIA).

I further permit the FIA to deduct from such retroactive payment an amount that is enough to pay back my interim assistance, excluding assistance payments financed wholly or partly with federal funds. After keeping such amount, the FIA shall promptly pay the balance, if any, to me. Interim assistance means money funded by the state, paid to meet my basic needs while my SSI claim is pending.

I understand that I have the right to a hearing from FIA if I disagree with the amount deducted from the retroactive payment.

If I receive the retroactive SSI benefits payment directly, I agree to pay FIA promptly for any duplicated interim assistance advanced while the claim for SSI was pending.

This authorization is not to be regarded by the Social Security Administration (SSA) as an intent to file for SSI unless I actually file a claim for SSI, on a prescribed form, within 60 days of the date on the FIA application.

This authorization is effective on the date of my signature of my most recent Assistance Application/Redetermination (FIA-1171) which is 11/17/05 .
                                     (Date)

11/17/05                                          _John E. Snyder_
Date                                                 Signature

                                                    _Susie McGowan_
                                                     Witness

| AUTHORITY: | Act 280 of 1939, as amended, Section 400.77 | The Family Independence Agency will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, height, weight, marital status, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to an FIA office in your county. |
|---|---|---|
| COMPLETION: | Required. | |
| PENALTY: | Loss of eligibility for State Assistance. | |

DISTRIBUTION:   Original – Case Record
                Copy to – Local Fiscal Office
                          Local SSA Office
                          Customer

FIA-3975 (Rev. 6-03) Previous edition may be used. MS Word

| Michigan Department of State Police | ORIGINAL DATE<br>Tue, Dec 09, 2003 | INCIDENT NO.<br>055-0005355-03 (DI) |
| --- | --- | --- |
| ORIGINAL INCIDENT REPORT | TIME RECEIVED<br>2241 | FILE CLASS<br>30002 |

## COMPLAINANT:

NAM: JENNIFER TOURTELLOTTE EMENHISER

NBR: 08337    DIR:
STR: M140
SFX:
CTY: SOUTH HAVEN TWP    ST: MI
TXH:    ZIP:
TXW: (269)637-1307

RAC: W    ETH:
SEX: F    OPS:
DOB: 02/18/1980    SSN:
HGT:    SID:
WGT:    FBI:
HAI:    MNU:
EYE:    PRN:

## INTERVIEW COMPLAINANT:

EMENHISER who is the manager of the Village Market, said SNYDER had come in the store at about 9:00pm, then came back in at about 10:00pm. She said she saw him take the cookies and donuts, then she called 911 when he hung around the outside of the store panhandling. Once SNYDER was under arrest for the marijuana, and I found the stolen candy in his pants, I made contact with EMENHISER who said she wanted SNYDER prosecuted for shop lifting. EMENHISER photographed the stolen property, and took possession of it.

## R&O:

After I had placed SNYDER under arrest and handcuffed him behind his back, I was going to transport him to the Post for processing. He was told to get in the patrol car, he refused, he was told again, and he refused again, at this point I tried to force him in, and he fought back by trying to push his way past me, I had to take him to the ground, and then requested assistance from other officers, I kept him on the ground until other officers arrived. Other officers who arrived and helped, TPR. GORHAM, TPR. SELL, Ofc. THOMPSON, Ofc. FRIETAG. Once they arrived TPR. SELL transported SNYDER to MSP 55.  *4/more cops!*

## ARREST:

NAM: JOHN EDWARD SNYDER

NBR: 77877    DIR:
STR: CR 378
SFX:
CTY: COVERT    ST: MI
TXH:    ZIP: 49043
TXW:
CHARGE:

RAC: W    ETH:
SEX: M    OPS: MI/S536429189030
DOB: 01/10/1969    SSN: 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
HGT: 5'07"    SID: MI/01455650K
WGT: 240    FBI: 773898JA4
HAI: BRO    MNU:
EYE: BLU    PRN: 244833

3073 RETAIL FRAUD-1ST DEGREE 750.356c
3562 CONT SUBST-POSSESSION OF MARIHUANA 333.7403
4801 POLICE OFFICER-RESISTING AND OBSTRUCTING 750.479

*Aggressive officer.* ✓

| PAGE<br>2 of 5 | INVESTIGATED BY<br>TPR LINCOLN D MILLER #967 | REPORTED BY | REVIEWED BY |
| --- | --- | --- | --- |

MICHIGAN DEPARTMENT OF CORRECTIONS-Bureau of Health Care

4835-7130
CHJ-130 12/97

PLACE CODE OF PROFESSION IN LEFT MARGIN:
- Dentist ............ D.D.S.
- Health Information Services ........... H.I.S.
- Nursing & CMA ........... Nurs.
- Occupational Therapist ........... O.T.
- Optometrist ........... Opt.
- Physical Therapy ........... P.T.
- Physician ........... M.D./D.O.
- Physician Assistant ........... P.A.
- Psychologist ........... Psy.
- Registered Dietician ........... R.D.
- Registered Pharmacist ........... R.Ph.
- Social Worker ........... S.W.
- Other

| CODE | TIME | DATE (Mo/Da/Yr) | PROGRESS NOTES |
|---|---|---|---|
| Nrs | 0900 | 2/12/04 | Refused to be seen on sick call when informed there was a $5.00 charge. |
| PA | | 3/1/04 | RO P2 → clear for any OO2 site. Bowling PA |
| Ly | 1103 | 3/3/04 | CRV dose HBV declined |
| Ns | 1320 | 03/08/04 | KITE: PRESENTING COMPLAINT — c/o sore fingernail c possibly infection, will call out for 03-09-04 |
| Nu | 0930 | 3/9/04 | to PC Annex Health Care re: late of 3-8-04. States old nail sloughed + new nail intact c no infection. Appt. cancelled. |
| HIM | 1330 | 3/10/04 | HEALTH RECORD RECEIVED AND REVIEWED AT LCF |
| | 10/13/04 | | here to see MSP re: back |
| PA | 1040 | 3/26/04 | S) assault injury 12/9/03 back pain. XR normal per pt. Jail dx sciatica vs DJD. no hx prior pain. Playing down for while. Walking helps. Pain mostly p stiffens up. Shoes hurt feet. Motrin hurts stomach @ work. Ø taking anything. |

**PROGRESS NOTES**

Patient Identification
Name: Snyder, John
Number: 244833
D.O.B.: 1-10-69

| | | | | | |
|---|---|---|---|---|---|
| MICHIGAN DEPARTMENT OF CORRECTIONS-Bureau of Health Care | | | | | 4835-7130<br>CHJ-130 12/97 |

**PLACE CODE OF PROFESSION IN LEFT MARGIN:**
Dentist .................................................. D.D.S.    Physical Therapy ............................ P.T.    Registered Pharmacist ................. R.Ph.
Health Information Services ............ H.I.S.    Physician ................................... M.D./D.O.    Social Worker ................................. S.W.
Nursing & CMA .................................. Nurs.    Physician Assistant .......................... P.A.    Other
Occupational Therapist ...................... O.T.    Psychologist ................................... Psy.
Optometrist ........................................ Opt.    Registered. Dietician ....................... R.D.

| CODE | TIME | DATE Mo/Da/Yr | PROGRESS NOTES |
|---|---|---|---|
| PA | 12n | 3/26/04 | Darvocet in jail. c/o problems (↓ urination). |
| | | | ⊖ HEENT - OK |
| | | | LS - CTA ⓑ |
| | | | CVS - RRR ⓜ |
| | | | ABD - S/NT BS⊕ |
| | | | Back Exam - |
| | | |   Stance - mild splinted. |
| | | |   Spasm - ø noted. |
| | | |   Extension - pain @ extreme |
| | | |   Lat Bend - pain Ⓡ > L |
| | | |   Rotation - pain R > L |
| | | |   Flexion - pain @ 11cm fingertip to floor |
| | | |   Gait - lumbering |
| | | |   Toe Walk - states "pulling" |
| | | |   Heel Walk - pain |
| | | |   Squat - pain @ 75%. |
| | | |   Reflex - OK |
| | | |   Touch - OK |
| | | |   Seated SLR - pain @ 80° R > L |
| | | |   Supine SLR - pain @ 80° R > L |
| | | |   Lasegues sign - ⊕Ⓡ ⊖Ⓛ |
| | | |   Knee to chest - pain R > L |
| | | |   Dorsiflex feet - OK |
| | | |   Plantarflex feet - OK |
| | | |   Abduct hip - OK |
| | | |   Adduct hip - ⊕Ⓡ ⊖Ⓛ |
| | | | ⊖ CVAT |

**PROGRESS NOTES**

Patient Identification
Name: Snyder, John
Number: 244833
D.O.B.: 1-10-69

MICHIGAN DEPARTMENT OF CORRECTIONS-Bureau of Health Care

4835-7130
CHJ-130 12/97

PLACE CODE OF PROFESSION IN LEFT MARGIN:
- Dentist ................. D.D.S.
- Health Information Services ........... H.I.S.
- Nursing & CMA ............ Nurs.
- Occupational Therapist ............. O.T.
- Optometrist ............... Opt.
- Physical Therapy ............ P.T.
- Physician ............... M.D./D.O.
- Physician Assistant ............ P.A.
- Psychologist ............ Psy.
- Registered. Dietician ............ R.D.
- Registered Pharmacist ........... R.Ph.
- Social Worker ............ S.W.
- Other

| CODE | TIME | DATE (Mo/Da/Yr) | PROGRESS NOTES |
|---|---|---|---|
| PA | cont | 3/26/04 | A) Low Back pain S/P Injury ⊕ radicular signs. P) ① Labs ② Flexeril 10 mg TID x 7 days then 20 mg QHS x 1 mo. ③ Ultram 50 mg TID x 7 days ④ Indocin 25 mg Q8° prn ⑤ rtc prn —— V.Buell 1442 |
| RN | 2040 | 3/26/04 | Kite Received Receipt, ② Letters to PA Appointment Made: Ø Referred To: CRV/MSP letters Reply Sent: D. Tanner RN 11350 |
| RN | 1330 | 4/13/04 | S: MSP appt my kite Wt 226.4 VS 98.5-110-12 151/97 P.Wells RN |
| MD | 13:45 | 4/13/04 | The patient reports that in Dec/03 he was assaulted by 5 people. He now reports that he has LBP. He also reports ↓ urine output. He states that sometimes he strains to urinate and sometimes he just can't urinate at all. Ø dysuria Ø hematuria Ø fecal incontinence Ø saddle anesthesia Ø limb paresthesias or weakness O: AOx3 NAD VS 151/92, 110, 12, 98.5 Heart: NL S₁ + S₂ RRR Lungs: CTA B Abd: NT, ND, Good BS Ø Neg bladder distension Ext: No edema A) LBP: I will continue to treat conservatively with Flexeril + Naproxen 2) ↑ BP: I will monitor BP x 2 wks Vicki Naylor MD |

PROGRESS NOTES

Patient Identification
Name: Snyder
Numb: 249833
D.O.B. 1-10-69

MICHIGAN DEPARTMENT OF CORRECTIONS - Bureau of Health Care

4835-7241
CHJ-241  4/97

COUNTY: Berrien

Prisoner Name: SNYDER JOHN EDWARD

County/State ID Number: 00094564

Birthdate: 1-10-69

Transfer Date: ___

Medical Problems: HERNIATED LOWER DISC

Mental Health History: ___

Behavioral History: ___

Medications and Dosages: NAPROSYN 250g BID
FLEXARIL 10g TID

TB Skin test results (in mm induration): ___

Date of TB test: ___

DNA drawn (date): ___

Other Pertinent Information (recent VD treatment, handicaps and assistive devices, recent hospitalizations, immunization records, etc.): ___

IF AVAILABLE, PLEASE ATTACH COPIES OF SYPHILIS, GONORRHEA, OTHER VENEREAL DISEASE, CHEST X-RAY REPORTS, OR IMMUNIZATION RECORDS

Reporting Provider name (please Print): MARK HAUEISEN RN

Signature / Title: [signature]

Telephone Number: (269) 983-7141 EXT 7259

**COUNTY/STATE MEDICAL TRANSFER RECORD**

for Dept. of Correction's Use Only - Patient Identification

Name:
Number:
D.O.B.:

Distribution: Original- MDOC Health Record; Canary - County Health Record
BCSD/MS-5  4/19/1999