UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN E. SNYDER,

       Plaintiff,                           Case No. 1:05-CV-809

v                                              Hon. Gordon J. Quist

TROOPER LINCOLN MILLER,
et al,

       Defendants.
_____/

**ORDER TO SHOW CAUSE**

The plaintiff having failed to appear at the Rule 16 Scheduling Conference held this date, and having failed to contribute in the preparation of the Joint Status Report;

IT IS HEREBY ORDERED that plaintiff shall appear and show cause before the Hon. Hugh W. Brenneman, Jr., U.S. Magistrate Judge, 584 Federal Building, 110 Michigan, NW, Grand Rapids, Michigan, on **Friday, March 31, 2006, at 10:30 a.m.** why this case should not be dismissed for want of prosecution and failure to abide by the Court's orders.  Failure to appear will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  March 14, 2006                      /s/ Hugh W. Brenneman, Jr.
                                                        Hugh W. Brenneman, Jr.
                                                         United States Magistrate Judge