UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN E. SNYDER,

       Plaintiff,

v.

TROOPER LINCOLN MILLER,
*et al.*,

       Defendants.
                                   /

Case No.  1:05-CV-809

Hon. Gordon J. Quist

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on April 18, 2007.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 18, 2007, is approved and adopted as the opinion of the court.  Defendants' Motion For Summary Judgment (docket no. 54) is **GRANTED**, and Plaintiff's claim under 42 U.S.C. § 1983 is dismissed with prejudice.

This case is **concluded**.


Dated:  May 17, 2007                                                  /s/ Gordon J. Quist
                                                                             GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE